IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MORGAN S. ROBERTS                                        PLAINTIFF

v.                      CASE NO. 2:19-CV-2079

ANDREW M. SAUL, Commissioner,
Social Security Administration                          DEFENDANT

## **ORDER**

The Court has received proposed findings and recommendations (Doc. 14) from United States Magistrate Judge Mark E. Ford. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this April 7, 2020.

/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE